# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | MICHAEL PAUL HERNANDEZ |
| **Case Number:** | 2:14-BK-13113-EPB    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 11, 2014 11:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | JENNIFER LOWRY |

*Matters:*

1) REAFFIRMATION AGREEMENT WITH GREEN TREE SERVICING LLC
   R / M #:   22 / 0

2) REAFFIRMATION AGREEMENT WITH AMERICAN HONDA FINANCE CORPORATION
   R / M #:   23 / 0

*Appearances:*

MICHAEL PAUL HERNANDEZ, DEBTOR
SHAWN STONE, FRIEND OF THE COURT

*Proceedings:*

ITEMS #1 AND #2

The Court explains the consequences of entering into a reaffirmation agreement.

Mr. Stone has gone over the facts with Mr. Hernandez and is ok with vacating the hearing.

The Court and Mr. Hernandez further discuss the reaffirmation agreement as to his house.

COURT: The Court is not granting or denying the reaffirmation agreements. IT IS ORDERED vacating this hearing subject to call.

Case 2:14-bk-13113-EPB    Doc 26    Filed 12/11/14    Entered 12/12/14 09:38:11    Desc
Main Document    Page 1 of 1